**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1828**
_____

CHASE CARMEN HUNTER,

                    Plaintiff – Appellant,

          v.

JANICE MARIE CARTER-LOVEJOY; LONG & FOSTER COMPANIES, INC.;
LONG AND FOSTER REAL ESTATE, INC.,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Claude M. Hilton, Senior
District Judge.   (1:15-cv-00903-CMH-TCB)

_____

Submitted:  December 15, 2016      Decided:  December 19, 2016

_____

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Chase Carmen Hunter, Appellant Pro Se. Brien Anthony Roche,
JOHNSON & ROCHE, McLean, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chase Carmen Hunter appeals the district court's order denying relief on her complaint raising 42 U.S.C. §§ 1983, 1985, and 1986 (2012) claims and state law claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hunter v. Carter-Lovejoy, No. 1:15-cv-00903-CMH-TCB (E.D. Va. June 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED